IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:09CR166 |
| CLYDE PERKINS, | ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the court on the defendant's motion to continue trial (Doc. 23) so that he can complete a drug treatment program.  For good cause shown,

**IT IS ORDERED** that the motion is granted, as follows:

1. The jury trial now set for July 7, 2009 is continued to **September 1, 2009.**

2. In accordance with 18 U.S.C. § 3161(h)(8)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **July 7, 2009 and September 1, 2009**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act because counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

3. The defendant shall file the affidavit or declaration regarding speedy trial, as required by NECrimR 12.1 and/or 12.3 and the court's Order of May 21, 2009 [21] no later than **July 2, 2009.**

**DATED June 25, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**