**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **8:09CR166** |
| | ) | |
| **CLYDE PERKINS,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the defendant's "Second Motion to Continue Trial and File Pre-Trial Motions" (Doc. 31).  The record shows that the defendant's pretrial motion deadline expired on June 9, 2009 and that the original trial date of July 7, 2009 was extended to September 1, 2009 on the defendant's motion.  The defendant has not shown any reason why the court should reopen the long-expired pretrial motion deadline, has had more than six weeks' notice of the trial date, and has not shown good cause for an extension.

**IT IS ORDERED** that the defendant's motion (Doc. 31) is denied.

Pursuant to NECrimR 57.2, a party may appeal this order by filing an "Appeal of Magistrate Judge's Order" no later than **August 19, 2009.**

**DATED August 14, 2009.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**