# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:09CR166 |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER |
| **CLYDE PERKINS,** | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion to extend his self surrender date (Filing No. 57).

IT IS ORDERED that the Defendant's motion to extend his self-surrender date (Filing No. 57) is denied.

DATED this 17th day of February, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge